# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PATRICK ORRELL,

    Plaintiff,

v.                                      Case No: 8:13-cv-3115-T-30MAP

ALARM TECHS INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #7).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of January, 2014.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-3115 dismiss 7.docx